UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEE J. BANKS | ) |
| | ) |
| Plaintiff, | ) Case: 1:23-cv-00917 |
| | ) |
| v. | ) |
| | ) |
| WAL-MART ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) Jury Trial Demanded |
| | ) |

## COMPLAINT

Plaintiff, Lee J. Banks ("Plaintiff"), by and through the undersigned counsel, hereby files this Complaint against Wal-Mart Associates, Inc. ("Defendant"), and in support states as follows:

### NATURE OF PLAINTIFF'S CLAIMS

1. This lawsuit also arises under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621, *et seq.* ("ADEA"), for Defendant's age-based discrimination and age-based harassment against Plaintiff in violation of the ADEA.

### JURISDICTION AND VENUE

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331. This action is authorized and instituted pursuant to the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621, *et seq*.

3. Venue of this action properly lies in the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §1391(b) insofar as Defendant operates and transacts business in this judicial district and the events giving rise to Plaintiff's claims occurred within this District.

**ADMINISTRATIVE PREREQUISITES**

4.      All conditions precedent to jurisdiction under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621, *et seq*., have occurred or been complied with.

5.      A charge of employment discrimination on the basis of age and retaliatory discharge was filed by the Plaintiff with the Equal Employment Opportunity Commission ("EEOC") (Attached hereto as Exhibit "A").

6.      Plaintiff received a Notice of Right to Sue from the EEOC (attached hereto as Exhibit "B"), and Plaintiff filed this lawsuit within ninety (90) days of his receipt of the EEOC's Notice of Right to Sue.

**PARTIES**

7.      At all times material to the allegations of this Complaint, Plaintiff, Lee J. Banks resides in Cook County in the State of Illinois.

8.      At all times material to the allegations in this Complaint, Defendant, Wal-Mart Associates, Inc., is a corporation doing business in and for Cook County whose address is 9400 South Western Avenue, Chicago, IL 60805.

9.      Plaintiff was employed by Defendant as an "employee" within the meaning of ADEA, 29 U.S.C. §631.

10.     During the applicable limitations period, Defendant has had at least fifteen employees, has been an "employer" as defined by ADEA 29 U.S.C. §631, and has been engaged in an industry affecting commerce within the meaning of 42 U.S.C. § 12111(5)(A).

**BACKGROUND FACTS**

11.     Plaintiff worked for Defendant as a maintenance worker from March 23, 2004

through January 22, 2022.

12. Since at least January 2018 through January 22, 2022, Defendant has subjected Plaintiff to different terms and conditions of employment than others not within his protected class and has been subjected to age-based harassment violating the ADEA.

13. Since 2018, Plaintiff was treated less favorably than his younger coworkers.

14. Plaintiff was scheduled less desirable shifts.

15. Plaintiff was told to perform duties outside of his regular job duties because his younger coworkers did not perform their responsibilities.

16. Plaintiff was constantly told by his manager to sit down because he was not moving as fast as his younger coworkers and managers.

17. Managers and coworkers would often call Plaintiff "old" along with other derogatory age-related comment and treat me negatively based on my age during work.

18. On or about January 22, 2022, was approached by a younger employee while he was sweeping and taking out the trash.

19. The employee took the garbage out of Plaintiff's hand and told him to go to the Human Resources ("HR") office.

20. When Plaintiff arrived to the HR office, the HR representative told him "you are not fit to work here anymore, you're too old for this."

21. Plaintiff was devastated at what he was just told because Plaintiff was happy to be working and did not want to stop because it gave him a sense of purpose and a reason to get out of bed every morning.

22. Plaintiff was unlawfully terminated on the basis of his age.

23. At the time of termination of employment Plaintiff was 87 years of age and still

able to perform the essential functions of this job.

24. Plaintiff is a member of a protected class because of his age whom Defendant subjected to different terms and conditions of employment than others not within his protected class.

25. Plaintiff met or exceed Defendant's performance expectations during the entire duration of his employment.

26. Following Plaintiff's unlawful termination, Plaintiff was replaced by a younger male.

27. Plaintiff was targeted for termination because of his age.

28. As a direct and proximate result of the age-based harassment and age-based discrimination described above, Plaintiff has suffered and continues to suffer loss of employment, loss of income, loss of other employment benefits and has suffered and continues to suffer mental anguish, distress, humiliation and loss of enjoyment of life.

## COUNT I
### Violation of the ADEA
### (Age Discrimination)

29. Plaintiff repeats and re-alleges paragraphs 1-28 as if fully stated herein.

30. Plaintiff is an individual within the scope and meaning of the ADEA, 29 U.S.C. § 621, *et seq.*, based upon his age, 87, at the time of his unlawful termination.

31. By virtue of the conduct alleged herein, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on account of his age in violation of the ADEA.

32. Defendant's acts were intentional, with malice, and in violation of Plaintiff's protected civil rights.

33. Defendant acted in willful and reckless disregard of Plaintiff's protected rights.

34. Defendant knew, or should have known of the unlawful discrimination.

35. Plaintiff suffered emotional pain and mental anguish as a direct result of Defendant's unlawful discrimination and retaliation.

36. Plaintiff has suffered pecuniary losses as a direct result of Defendant's unlawful discrimination and retaliation.

37. As a direct and proximate result of the age-based discrimination described above, Plaintiff has suffered and continues to suffer loss of employment, loss of income, loss of other employment benefits and has suffered and continues to suffer mental anguish, distress, humiliation and loss of enjoyment of life.

## COUNT II
### Violation of the ADEA
### (Age-Based Harassment)

38. Plaintiff repeats and re-alleges paragraphs 1- 28 as if fully stated herein.

39. By virtue of the conduct alleged herein, Defendant engaged in unlawful employment practices and harassed the Plaintiff on the basis of his age in violation of the ADEA, 29 U.S.C. § 621, *et seq.*

40. Defendant knew or should have known of the age-based harassment.

41. The age-based harassment was severe or pervasive.

42. The age-based harassment was offensive subjectively and objectively.

43. Plaintiff is a member of a protected class under the ADEA, 29 U.S.C. § 621, *et seq.*, due to his age.

44. Defendant acted in willful and reckless disregard of Plaintiff's protected rights.

45. As a direct and proximate result of the age-based harassment described above,

Plaintiff has suffered and continues to suffer loss of employment, loss of income, loss of other employment benefits and has suffered and continues to suffer mental anguish, distress, humiliation and loss of enjoyment of life.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court find in Plaintiff's favor and against Defendant as follows:

a. Back pay with interest;

b. Payment of interest on all back pay recoverable;

c. Front pay;

d. Loss of benefits;

e. Compensatory and punitive damages;

f. Reasonable attorneys' fees and costs;

g. Award pre-judgment interest if applicable; and

h. Award Plaintiff any and all other such relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests that all issues be submitted to and determined by a jury.

Dated this 14th day of February 2023.

/s/ *Nathan C. Volheim*
**NATHAN C. VOLHEIM, ESQ.**
IL Bar No.: 6302103
**SULAIMAN LAW GROUP LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 568-3056
Fax (630) 575 - 8188
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

/s/ *Chad W. Eisenback*

6

**CHAD W. EISENBACK, ESQ.**
IL Bar No.: 6340657
**SULAIMAN LAW GROUP LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (331) 307-7632
Fax (630) 575 - 8188
ceisenback@sulaimanlaw.com
*Attorney for Plaintiff*